JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CARMEN JOHN PERRI, an individual,

    Plaintiff,

v.

WOOD INVESTMENTS – OLYMPIC & BARRINGTON, L.P., A CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership; and DOES 1-10, inclusive,

    Defendants.

Case No.: 2:20-cv-08885-MWF-AS

**ORDER OF DISMISSAL WITH PREJUDICE**

ORDER OF
DISMISSAL WITH PREJUDICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Wood Investments – Olympic & Barrington, L.P ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  April 30, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

2

ORDER OF
DISMISSAL WITH PREJUDICE